UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHARLES A. MOON, JR.,

                    Petitioner,

          v.                             CAUSE NO. 3:18CV987-PPS/MGG

WARDEN,

                    Respondent.

## OPINION AND ORDER

Charles A. Moon, Jr., a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (WCC 18-08-214) in which a Disciplinary Hearing Officer at the Westville Correctional Facility found him guilty of unauthorized possession/destruction of State property in violation of Indiana Department of Correction policy B-215 on August 22, 2018. ECF 1 at 1. However, he did not lose any earned credit time nor was he demoted in credit class as a result of this disciplinary hearing. ECF 1 at 1, 1-1 at 1. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary hearing did not lengthen the duration of Moon's confinement, habeas corpus relief is not available in this case.

ACCORDINGLY:

Petitioner Moon's habeas corpus petition (ECF 1) is DENIED pursuant to Section 2254 Habeas Corpus Rule 4.  The clerk is DIRECTED to close the case.

SO ORDERED on December 10, 2018.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT